```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0228--CV (JWS)
         "OUZINKIE NATIVE CORP V F/V ARCTIC STORM ET AL"

     Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/27/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (240) Torts to land

             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $150.00 on 09/27/04 receipt # 00124077
           Trial by:
```

Parties of Record:                        Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | OUZINKIE NATIVE CORP | Robert H. Hume Jr<br>Landye Bennet et al<br>701 W. 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>907-276-5152 |
| DEF 1.1 | [T] ARCTIC STORM, F/V | No counsel found for this party! |
| DEF 2.1 | GILMARTIN, THOMAS JR. | No counsel found for this party! |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0228--CV (JWS)
                       "OUZINKIE NATIVE CORP V F/V ARCTIC STORM ET AL"

                                      For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/27/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (240) Torts to land

             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $150.00 on 09/27/04 receipt # 00124077
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/27/04 | Complaint filed; Summons issued. |
| 2 - 1 | 09/27/04 | PLF 1 Corporate Disclosure Statement. |
| 3 - 1 | 12/02/04 | JWS Minute Order that plf file proofs of svc on defs served & proceed to comply w/FRCvP 4(m). cc: cnsl |
| 4 - 1 | 12/28/04 | JWS Minute Order that proofs of svc are lacking; proofs of svc need be fld by 120 days from filing of cmplt or case dism. cc: cnsl |
| 5 - 1 | 01/25/05 | PLF 1 motion for order allowing service by publication w/att memo/aff/exh. |
| 6 - 1 | 01/31/05 | JWS Minute Order granting motion for order allowing service by publication (5-1) re: Def 2; in rem def (Def 1) and J.Doe in personam def are dismissed w/o prejudice. cc: cnsl |
| 7 - 1 | 03/17/05 | JWS Minute Order directing plf to file proof of svc by publication or stat rpt re: svc on DEF 2 by 3/31/05. cc: cnsl |
| 8 - 1 | 03/29/05 | PLF 1 Status of svc by publicaiton w/att exh. |
| 9 - 1 | 04/27/05 | PLF 1 Affidavit of svc by publication w/att exh. |
| 10 - 1 | 05/18/05 | JWS Minute Order that plf require ans or apply for dft w/i 20 days. cc: cnsl |
| 11 - 1 | 06/07/05 | PLF 1 motion for 60-day ext to comply w/crt's order of 5/18/05. |
| 12 - 1 | 06/08/05 | JWS Order granting motion for 60-day ext to comply w/crt's order of 5/18/05 (11-1). cc: cnsl |
| 13 - 1 | 08/08/05 | PLF 1 Application for entry of default re: DEF 2 w/att memo & aff. |
| 14 - 1 | 08/09/05 | Clerk's Notice entering default as to DEF 2. cc: cnsl |