**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  OUZINKIE NATIVE CORP.  </u>   v.   <u>  F/V ARCTIC STORM, et al.  </u>

THE HONORABLE JOHN W. SEDWICK        CASE NO. <u>  3:04-cv-00228-JWS  </u>

   <u>Deputy Clerk</u>                             <u>Official Recorder</u>

   <u>  Pam Richter  </u>

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

This case was filed in 2004. Plaintiff obtained the entry of default as to the one remaining defendant on August 9, 2005. Despite the deputy clerk's calls to the office of plaintiff's counsel advising of the need to move for a default judgment to draw this case to a conclusion, plaintiff has done nothing to prosecute this case for more than six months. This case is hereby DISMISSED without prejudice for failure to prosecute.

DATE: <u>  February 14, 2006  </u>

                                            ENTERED AT JUDGE'S DIRECTION
                                                 INITIALS: <u>  prr  </u>
                                                        Deputy Clerk

[FORMS*IA*]